# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0532
Lower Tribunal No. 23-DP-000426
_____

In the Interest of C.E. and D.E., children.

T.E.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Andrew Marcus, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.

David W. Holley, of Burandt, Adamski, Feichthaler & Sanchez, PLLC, Cape Coral, for Appellant.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Statewide Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED